UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, | MDL NO. 1407 |
| _____ | ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME FOR FACT DISCOVERY |
| This document relates to: Isac, et al. v. Alpharma, et al., No. 5-cv-84. | |

    Plaintiff George Isac and Defendant Alpharma, Inc. jointly move the court to extend the case-specific fact discovery deadline in this matter by six months, to June 25, 2006. Plaintiff filed suit on November 15, 2004. On February 1, 2005, the case was transferred to this court and docketed in MDL 1407. Thereafter, on February 16, 2005, defendants filed a motion to transfer the case and dismiss plaintiff's claims.[1] The motion became ripe on March 15, 2005 and the court issued an order denying the motion on June 24, 2005. Pointing to the "significant time" between the transfer to the MDL and the court's order denying the motion, the parties claim they need an additional six months to complete discovery.

---

[1] The parties incorrectly state that the case was docketed with MDL 1407 on December 17, 2004 and that the motion for transfer and dismissal was filed on January 11, 2005.

ORDER
Page - 1 -

The court is not persuaded. It is incumbent on the parties to pursue discovery in a timely manner. The parties do not provide any information regarding the discovery, if any, they have conducted in the six months that have passed since the court issued the June 24, 2005 Order. They also failed to discuss what discovery remains outstanding or explain specifically why they have been unable to complete the discovery within the last six months. Nor do they explain why they think it will take them an additional six months to complete discovery. In short, the parties have failed to provide sufficient grounds on which the court can grant the motion.

Based on the foregoing, the parties' joint motion to extend the case-specific discovery deadline in this case is DENIED.

DATED at Seattle, Washington this ___ day of November, 2005.

_____
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT COURT
JUDGE

ORDER
Page - 2 -